# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND-AUSTIN TAN,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; HEALTH SOURCE MSO INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02835 FMO-MARx<br><br>(Honorable Fernando M. Olguin,<br> Crtrm: 6D – First Street Courthouse)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br>Complaint Filed:   April 8, 2024 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear his or its own attorney's fees and costs and waives all rights of appeal.

**IT IS SO ORDERED.**

Dated: August 13, 2024

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1